IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| JOE STANLEY BROWN, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 7:18-cv-00151 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| BOBBY D. RUSSELL, et al, | ) | By: Norman K. Moon |
| Defendant(s). | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 22nd day of May, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE